**CALLAHAN & BLAINE, APLC**
Robert S. Lawrence (Bar No. 207099)
Jason Casero (Bar No. 263933)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff/Counter-Defendant JOSEPH RIVELLO d/b/a TACO MINI BIKES and d/b/a BONANZA MINI BIKES

JS-6

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH RIVELLO d/b/a TACO MINI BIKES and d/b/a BONANZA MINI BIKES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BULLS-EYE MARKETING, INC. dba GTC INDUSTRIES; AL BENAROYA, an individual; DAVID MILLER, an individual; JODI MILLER, an individual; and Does 1-10, inclusive,,<br><br>　　　　　Defendant. | **CASE NO. 8:16-CV-299**<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

---

PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE

In light of the settlement agreement between the parties, and pursuant to the agreement of those parties, it is hereby:

ORDERED that Plaintiffs claims against Defendants be, and hereby are, dismissed without prejudice;

ORDERED that each party shall bear its own attorney's fees and costs.

Dated: June 27, 2016

*James V. Selna*
James V. Selna
United States District Judge